MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, ) | CASE NO. 13-1593 SBA |
| ) | |
|    Plaintiff, ) | **STIPULATION TO CONTINUE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
|   v. ) | |
| ) | |
| UNITED STATES IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT; UNIT4ED ) | |
| STATES DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
|    Defendants. | |

    Subject to the approval of the Court, it is hereby stipulated by and between the parties that the telephonic Case Management Conference, currently set for July 10, 2013, at 2:45 p.m., be rescheduled for July 3, 2013, at 2:45 p.m.

    Currently, a telephonic Case Management Conference is set for July 10, 2013. The parties seek to move the Case Management Conference from July 10, 2013 to July 3, 2013 because counsel for defendant is scheduled for jury service during the week of July 8, 2013. For the reasons stated above, the parties respectfully request that the Case Management Conference currently scheduled for July 10, 2013, at 2:00 p.m., be moved to July 3, 2013, at 2:45 p.m.

    IT IS SO STIPULATED.

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE
C13-1593  SBA

DATED: May 21, 2013               MELINDA L. HAAG
                                   United States Attorney

                                   __/s/_____
                                   JENNIFER S WANG
                                   Assistant United States Attorney
                                   Attorneys for Federal Defendant

DATED: May 21, 2013

                                   __/s/_____
                                   JESSICA KARP
                                   Attorney for Plaintiff, Asian Law Caucus

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The telephonic Case Management Conference currently scheduled for July 10, 2013, at 2:45 p.m., will be held on July 3, 2013, at 3:00 p.m. The parties' joint Case Management Statement will be due by June 21, 2013.

DATED:  _5/23/13_____         _____
                                   SAUNDRA B. ARMSTRONG
                                   United States District Court Judge

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE
C13-1593  SBA