1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-6967
6        FAX: (415) 436-6748
         jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12
   ASIAN LAW CAUCUS,                )   CASE NO. 13-1593 SBA
13                                   )
          Plaintiff,                 )   **STIPULATION TO CONTINUE CASE**
14                                   )   **MANAGEMENT CONFERENCE**
       v.                            )
15                                   )
   UNITED STATES IMMIGRATION AND     )
16 CUSTOMS ENFORCEMENT; UNIT4ED      )
   STATES DEPARTMENT OF HOMELAND     )
17 SECURITY,                         )
                                     )
18        Defendants.

19

20        Subject to the approval of the Court, it is hereby stipulated by and between the parties that the

21 telephonic Case Management Conference, currently set for July 10, 2013, at 2:45 p.m., be rescheduled

22 for July 3, 2013, at 2:45 p.m.

23        Currently, a telephonic Case Management Conference is set for July 10, 2013.  The parties seek

24 to move the Case Management Conference from July 10, 2013 to July 3, 2013 because counsel for

25 defendant is scheduled for jury service during the week of July 8, 2013.  For the reasons stated above,

26 the parties respectfully request that the Case Management Conference currently scheduled for July 10,

27 2013, at 2:00 p.m., be moved to July 3, 2013, at 2:45 p.m.

28        IT IS SO STIPULATED.

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE
C13-1593 SBA

DATED: May 21, 2013

MELINDA L. HAAG  
United States Attorney

\_\_/s/_____  
JENNIFER S WANG  
Assistant United States Attorney  
Attorneys for Federal Defendant

DATED: May 21, 2013

\_\_/s/_____  
JESSICA KARP  
Attorney for Plaintiff, Asian Law Caucus

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The telephonic Case Management Conference currently scheduled for July 10, 2013, at 2:45 p.m., will be held on July 3, 2013, at 3:00 p.m.  The parties' joint Case Management Statement will be due by June 21, 2013.

DATED: \_5/23/13_____

_____  
SAUNDRA B. ARMSTRONG  
United States District Court Judge

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE  
C13-1593  SBA