1

2        UNITED STATES DISTRICT COURT

3      FOR THE NORTHERN DISTRICT OF CALIFORNIA

4              OAKLAND DIVISION

5

| | |
|---|---|
| 6  ASIAN LAW CAUCUS, | Case No: C 13-1593 SBA |
| 7         Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| 8     vs. | |
| 9  UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT; et al., | |
| 10        Defendants. | |

11

12

13    1.    Plaintiff's motion for summary judgment shall be filed by no later than

14  December 10, 2013.

15    2.    Defendants' consolidated opposition/cross-motion for summary judgment

16  shall be filed by no later than January 7, 2014.

17    3.    Plaintiff's consolidated reply/opposition to Defendants' cross-motion for

18  summary judgment shall be filed by January 21, 2014.

19    4.    Defendants' reply in support of their cross-motion for summary judgment

20  shall be filed by no later than January 28, 2014.

21    5.    The hearing on the parties' cross-motions for summary judgment will take

22  place on February 25, 2014 at 1:00 p.m.  Pursuant to Civil Local Rule 7-1(b), the Court

23  may resolve the motion without oral argument.  The parties are advised the check the

24  Court's website to determine whether an appearance on the cross-motion is required.

25       IT IS SO ORDERED.

26  Dated: August 29, 2013

27                                                        *[signature]*
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

28