UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT; et al.,<br><br>　　　　Defendants. | Case No: C 13-1593 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　1.　Plaintiff's motion for summary judgment shall be filed by no later than December 10, 2013.

　　2.　Defendants' consolidated opposition/cross-motion for summary judgment shall be filed by no later than January 7, 2014.

　　3.　Plaintiff's consolidated reply/opposition to Defendants' cross-motion for summary judgment shall be filed by January 21, 2014.

　　4.　Defendants' reply in support of their cross-motion for summary judgment shall be filed by no later than January 28, 2014.

　　5.　The hearing on the parties' cross-motions for summary judgment will take place on February 25, 2014 at 1:00 p.m.  Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the cross-motion is required.

　　IT IS SO ORDERED.

Dated: August 29, 2013

　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge