MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

JESSICA KARP (CA BAR NO. 277347)
UC Irvine Immigrant Rights Clinic
c/o National Day Laborer Organizing Network
675 S. Park View St.
Los Angeles, CA 90057
Tel: (213) 380-2214
Fax: (213) 380-2787
jkarp@ndlon.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | CASE NO. 13-1593 SBA<br><br>**STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS**<br><br>Hon. Saundra B. Armstrong |

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 30, 2013, the Court set the following briefing schedule for summary judgment in the above-captioned case:

    Plaintiff's motion for summary judgment due: December 10, 2013

    Defendants' consolidated opposition/cross-motion for summary judgment due: January 7, 2014

Plaintiff's consolidated reply/opposition to defendants' cross-motion for summary judgment due: January 21, 2014

Defendants' reply in support of cross–motion for summary judgment due: January 28, 2014

Hearing on parties' cross-motions for summary judgment: February 25, 2014 at 1:00 p.m.

2. The federal government shutdown from October 1 through October 16, 2013 has delayed defendant U.S. Immigration and Customs Enforcement's (hereinafter, "ICE") expected production of documents in response to the Freedom of Information Act ("FOIA") requests at issue. During the lapse in government appropriations, undersigned counsel for the defendant as well as ICE employees involved in the processing of the agency's response to the FOIA requests at issue were furloughed.

3. The parties believe that ICE's document production will dispose of the issues in this case, or narrow the issues for summary judgment. Accordingly, to allow ICE sufficient time to complete its production of documents prior to the deadlines for the parties' cross-motions for summary judgment, the parties respectfully request that the dispositive motions schedule be extend as follows:

Plaintiff's motion for summary judgment due: February 18, 2014

Defendants' consolidated opposition/cross-motion for summary judgment due: March 11, 2014

Plaintiff's consolidated reply/opposition to defendants' cross-motion for summary judgment due: March 25, 2014

Defendants' reply in support of cross–motion for summary judgment due: April 1, 2014

Hearing on parties' cross-motions for summary judgment: May 6, 2014, at 1:00 p.m.

IT IS SO STIPULATED.

DATED: November 19, 2013

Respectfully submitted,
MELINDA HAAG
United States Attorney

_/s/ Jennifer S Wang_____
JENNIFER S WANG
Assistant United States Attorney

1 | DATED: November 19, 2013     National Day Laborer Organizing Network

                                             /s/ Jessica Karp
                                        JESSICA KARP
                                        Attorneys for Plaintiff Asian Law Caucus

## ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the deadlines for the parties' cross-motions for summary judgment are hereby extended as follows:

Plaintiff's motion for summary judgment due: February 18, 2014

Defendants' consolidated opposition/cross-motion for summary judgment due: March 11, 2014

Plaintiff's consolidated reply/opposition to defendants' cross-motion for summary judgment due: March 25, 2014

Defendants' reply in support of cross–motion for summary judgment due: April 1, 2014

The parties' cross-motions for summary judgment will be heard on May 6, 2014, at 1:00 p.m.

IT IS SO ORDERED.

                                             *Saundra B. Armstrong*
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge