JESSICA KARP (CA BAR NO. 277347)
UC Irvine Immigrant Rights Clinic
c/o National Day Laborer Organizing Network
675 S. Park View St.
Los Angeles, CA 90057
Tel:  (213) 380-2214
Fax:  (213) 380-2787
jkarp@ndlon.org

Attorney for Plaintiff

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, | CASE NO. 13-1593 SBA |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS** |
| v. | Hon. Saundra B. Armstrong |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 30, 2013, the Court set the following briefing schedule for summary judgment in the above-captioned case:

Plaintiff's motion for summary judgment due:  December 10, 2013

Defendants' consolidated opposition/cross-motion for summary judgment due:  January 7, 2014

Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: January 21, 2014

Defendants' reply in support of cross–motion for summary judgment due:  January 28, 2014

Hearing on parties' cross-motions for summary judgment: February 25, 2014 at 1:00 p.m.

2. On November 20, 2013, pursuant to stipulation by the parties in the wake of the federal government shutdown, the Court modified the original briefing schedule and set the following briefing schedule for summary judgment:

Plaintiff's motion for summary judgment due:  February 18, 2014

Defendants' consolidated opposition/cross-motion for summary judgment due:  March 11, 2014

Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: March 25, 2014

Defendants' reply in support of cross–motion for summary judgment due:  April 1, 2014

Hearing on parties' cross-motions for summary judgment: May 6, 2014 at 1:00 p.m.

3. Defendant completed its final release of documents responsive to the Freedom of Information Act (the "FOIA") requests at issue in this action on December 23, 2013, produced a *Vaughn* index to plaintiff on January 14, 2014, and provided a search description to plaintiff on January 17, 2014.

4. The parties believe that a short extension of the briefing deadlines will allow them to confer regarding the document production, Vaughn index, and search description and potentially narrow the issues for summary judgment.  Accordingly, the parties respectfully request that the dispositive motions schedule be extend as follows:

Plaintiff's motion for summary judgment due:  February 25, 2014

Defendants' consolidated opposition/cross-motion for summary judgment due:  March 18, 2014

Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: April 1, 2014

1  Defendants' reply in support of cross–motion for summary judgment due:  April 29, 2014[1]

2  Hearing on parties' cross-motions for summary judgment:  May 13, 2014, at 1:00 p.m.

3  IT IS SO STIPULATED.

4        Respectfully submitted,

5  DATED: February 11, 2014      s/Jessica Karp
    JESSICA KARP
6      Attorney for Plaintiff

9
10 DATED: February_11, 2014      MELINDA HAAG
    United States Attorney

11     s/ Jennifer Wang
    JENNIFER S WANG
12     Assistant United States Attorney

14  CIVIL LOCAL RULE 5-1(i)(3) DECLARATION

15  I attest that I have obtained Jennifer Wang's concurrence in the filing of this Stipulation to

16 Extend Deadlines for Dispositive Motions.

17  EXECUTED ON: February 11, 2014

18  BY: s/ Jessica Karp

19  Jessica Karp

20  Attorney for Plaintiff

22  ORDER

23  Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that

24 the deadlines for the parties' cross-motions for summary judgment are hereby extended as follows:

25  Plaintiff's motion for summary judgment due:  February 25, 2014

26  Defendants' consolidated opposition/cross-motion for summary judgment due:  March 18, 2014

---

[1] Defendants' counsel will be out of the office from April 4 through April 24, 2014.

STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS
C13-1593 SBA

Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: April 1, 2014

Defendants' reply in support of cross–motion for summary judgment due: April 29, 2014

The parties' cross-motions for summary judgment will be heard on May 13, 2014, at 1:00 p.m.

IT IS SO ORDERED.

                                                SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge