JESSICA KARP (CA BAR NO. 277347)
UC Irvine Immigrant Rights Clinic
c/o National Day Laborer Organizing Network
675 S. Park View St.
Los Angeles, CA 90057
Tel: (213) 380-2214
Fax: (213) 380-2787
jkarp@ndlon.org

Attorney for Plaintiff

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, | CASE NO. 13-1593 SBA |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND ORDER** |
| v. | |
| | Hon. Saundra B. Armstrong |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 30, 2013, the Court set the following briefing schedule for summary judgment in the above-captioned case:

1  Plaintiff's motion for summary judgment due: December 10, 2013

2  Defendants' consolidated opposition/cross-motion for summary judgment due: January 7, 2014

4  Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: January 21, 2014

6  Defendants' reply in support of cross–motion for summary judgment due: January 28, 2014

8  Hearing on parties' cross-motions for summary judgment: February 25, 2014 at 1:00 p.m.

2. On November 20, 2013, pursuant to stipulation by the parties in the wake of the federal government shutdown, the Court modified the original briefing schedule and set the following briefing schedule for summary judgment:

   Plaintiff's motion for summary judgment due: February 18, 2014

   Defendants' consolidated opposition/cross-motion for summary judgment due: March 11, 2014

   Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: March 25, 2014

   Defendants' reply in support of cross–motion for summary judgment due: April 1, 2014

   Hearing on parties' cross-motions for summary judgment: May 6, 2014 at 1:00 p.m.

3. On February 14, 2014, pursuant to stipulation by the parties, the Court modified the briefing schedule and set the following briefing schedule for summary judgment:

   Plaintiff's motion for summary judgment due: February 25, 2014

   Defendants' consolidated opposition/cross-motion for summary judgment due: March 18, 2014

   Plaintiff's consolidated reply/opposition to defendant's cross-motion for summary judgment due: April 1, 2014

   Defendants' reply in support of cross–motion for summary judgment due: April 29, 2014

   Hearing on parties' cross-motions for summary judgment: May 13, 2014, at 1:00 p.m.

4. Since the Court's February 14, 2014 order, the parties have made significant progress toward

resolving disputed issues, as described in the following paragraphs, *see infra* ¶¶ 5-12.

5. Defendant United States Immigration and Customs Enforcement ("ICE") has agreed to perform the following additional searches for documents responsive to Plaintiff's FOIA Request, as amended by Plaintiff's February 22, 2013 communication, a true and correct copy of which appears in the Complaint as Exhibit H:

- The San Diego, Los Angeles, and San Francisco divisions of the ICE Office of Enforcement and Removal Operations (ERO) (including Field Office Directors (FODs), Assistant Field Office Directors (AFODs), Supervisory Immigration Enforcement Agents and Immigration Enforcement Agents) will search their computer hard drives and Microsoft Outlook files using the following terms: Detainer + Policy; Detainer + Procedure; Secure Communities + Policy; SC + Policy. Within these same ERO divisions, the FODs and AFODs only will additionally search their computer hard drives and Microsoft Outlook files using the following additional terms: TRUST Act; Bill 1081; AB 1081; Bill 4; AB 4.

- The Secure Communities Enforcement Division in ERO headquarters will search their computer hard drives and Microsoft Outlook files using the following search terms: TRUST Act; Bill 1081; AB 1081; Bill 4; AB 4; Detainer + Policy; Detainer + Procedure; Secure Communities + Policy; SC + Policy.

- The ICE Office of Director (OD) will conduct a search of the computer hard drives and Microsoft Outlook files of the ICE Deputy Director, ICE Director, and ICE Deputy Director's Deputy Chief of Staff using the following search terms: Detainer + Policy.

- The Office of State, Local and Tribal Coordination (OSLTC) will search their computer hard drives and Microsoft Outlook files, as well as shared drives, if any, likely to contain responsive documents using the following search terms: TRUST Act; Bill 1081; AB 1081; Bill 4; AB 4; Detainer + Policy; Detainer + Procedure; Secure Communities + Policy; SC + Policy.

6. ICE further agrees to provide the OD with copies of media articles provided by Plaintiff on February 7, 2014, which may assist the OD's searches.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS   3
C13-1593 SBA

7. ICE anticipates completing the searches described above, *see supra* ¶ 5, by May 30, 2014, and agrees to begin a rolling production of responsive documents produced by these searches by May 30, 2014.

8. ICE agrees not to seek any fees for productions made pursuant to this Stipulation and Order.

9. The parties agree that the search cut-off date for the purpose of the above-described searches, *see supra* ¶ 5, will be April 25, 2013.

10. The parties agree to negotiate in good faith a final production date and will submit an update to the Court regarding those negotiations at the status conference proposed below, *see infra* ¶ 13.

11. Plaintiff agrees to forego any challenges to exemptions and withholdings claimed by ICE as of the date of this Stipulation.

12. Plaintiff agrees that, upon receipt of the final document production resulting from the searches described above, *see supra* ¶ 5, and an affidavit from ICE confirming that it conducted those searches, Plaintiff will agree to limit summary judgment to the exemptions/withholdings claimed in productions made pursuant to this Stipulation and Order (if any) and will forego any challenges to the adequacy of ICE's search in response to Plaintiff's FOIA Request.

13. Because the stipulations described above, *see supra* ¶¶ 5-12, should significantly narrow the issues remaining in this case, the parties respectfully request that the Court hold in abeyance further briefing in this case, set a status conference for this case on or around June 26, 2014, and extend the dispositive motions schedule to a date to be determined at the status conference.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 25, 2014                s/Jessica Karp
                                        JESSICA KARP
                                        Attorney for Plaintiff


DATED: February_25, 2014                MELINDA HAAG
                                        United States Attorney

        s/ Jennifer Wang
JENNIFER S WANG
Assistant United States Attorney

CIVIL LOCAL RULE 5-1(i)(3) DECLARATION

I attest that I have obtained Jennifer Wang's concurrence in the filing of this Stipulation and [Proposed] Order to Extend Deadlines for Dispositive Motions.

EXECUTED ON: February 25, 2014

BY: s/ Jessica Karp

Jessica Karp

Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.  A Telephonic Case Management Conference, previously will be held on June 26, 2014, at 3:00 p.m., in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

DATE: 2/26/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS
C13-1593 SBA

5