UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>    Defendants. | Case No: C 13-1593 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Finding good cause, the Court grants the parties' joint request to continue the telephonic Case Management Conference currently scheduled for June 26, 2014 to September 18, 2014 at 2:30 p.m.   At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

  IT IS SO ORDERED.

Dated:  June 26, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge