MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

JESSICA KARP BANSAL (CA BAR NO. 277347)
UC Irvine Immigrant Rights Clinic
c/o National Day Laborer Organizing Network
675 S. Park View St.
Los Angeles, CA 90057
Tel: (213) 380-2214
Fax: (213) 380-2787
jkarp@ndlon.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, | CASE NO. 13-1593 SBA |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Hon. Saundra B. Armstrong |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

    Subject to the approval of the Court, the undersigned parties hereby stipulate that the telephonic case management conference currently set for September 18, 2014 at 2:30 p.m., be continued until October 2, 2014 at 2:30 p.m., and that the parties' deadline to submit a joint case management statement be extended from September 11, 2014 until September 25, 2014.

STIPULATION TO CONTINUE CMC     1
C13-1593 SBA

1    Plaintiff has sued defendant, United States Immigration and Customs Enforcement ("ICE"), for alleged violation of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  In the parties' last Joint Case Management Statement, filed on June 19, 2014, the parties informed the Court that ICE agreed to conduct several searches described in the parties' February 25, 2014 stipulation (*see* ECF No. 33), and that ICE had begun a rolling production of documents.

ICE completed its production on August 29, 2014.  At this time, the parties anticipate that the issues in this case will be challenges to the withholdings/exemptions under the FOIA claimed by defendant in productions made from the searches described in the parties' February 25, 2014 stipulation, and that those challenges will be resolved on summary judgment.

The parties request a short continuance of the case management conference because plaintiff is currently in the process of reviewing documents provided by defendant to determine what, if any, withholdings/exemptions plaintiff intends to challenge.  Plaintiff expects to complete its review by September 22, 2014.   Accordingly, the parties respectfully request that the telephonic case management conference currently set for September 18, 2014 at 2:30 p.m., be continued to October 2, 2014 at 2:30 p.m. to allow the parties additional time to determine what, if any, issues remain for summary judgment.

DATED: September 10, 2014                                    Respectfully submitted,
                                                                                        MELINDA HAAG
                                                                                        United States Attorney

                                                                                        /s/
                                                                                        JENNIFER S WANG
                                                                                        Assistant United States Attorney


DATED: September 10, 2014                                    National Day Laborer Organizing Network

                                                                                        /s/_____
                                                                                        JESSICA KARP BANSAL
                                                                                        Attorneys for Plaintiff Asian Law Caucus

## ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the telephonic case management conference currently set for September 18, 2014 at 2:30 p.m. is

1  continued to October 2, 2014 at 2:30 p.m.  The parties will file a case management statement by
2  September 25, 2014.
3  IT IS SO ORDERED.

                                                      _____
                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge

STIPULATION TO CONTINUE CMC        3
C13-1593 SBA