UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Defendants. | Case No. 13-1593 SBA<br><br>**ORDER** |

Pursuant to the parties' joint request, the Court will hold in abeyance the summary judgment briefing in this case and schedule a case management conference given the parties' representation that ongoing settlement negotiations may resolve the remaining issue in this case.[1]  A Case Management Conference is scheduled for **February 12, 2015 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall also comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 879-3550 with all parties on the line.

　　　IT IS SO ORDERED.

Dated:  January 5, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] If necessary, the Court will schedule the dispositive motion deadline at the case management conference.