1

2                    UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                         OAKLAND DIVISION

5

6   ASIAN LAW CAUCUS,                    Case No:  C 13-1593 SBA

7              Plaintiff,               **CONDITIONAL DISMISSAL
                                        ORDER**
8        vs.

9   UNITED STATES IMMIGRATION AND
    CUSTOMS ENFORCEMENT; UNITED
10  STATES DEPARTMENT OF HOMELAND
    SECURITY,
11
             Defendants.
12

13       The Court having been notified of the settlement of this action, and it appearing that

14  no issue remains for the Court's determination,

15       IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

16  DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

17  move to reopen the case and the trial will be rescheduled, provided that such motion is filed

18  within 60 days of this order.  All scheduled dates, including the trial and pretrial dates, are

19  VACATED.  This order does not preclude the parties from filing their anticipated

20  settlement agreement with the Court.

21       IT IS SO ORDERED.

22  Dated: April 6, 2015

23                                      SAUNDRA BROWN ARMSTRONG
                                        United States District Judge
24

25

26

27

28